# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF
# IOWA CENTRAL DIVISION

| | |
|---|---|
| SEDINA TRALJES<br><br>    Plaintiffs,<br><br>v.<br><br>ENHANCED RECOVERY COMPANY, LLC d/b/a ERC,<br><br>    Defendant. | Case No. 4:17-cv-00376-RBE-SBJ<br><br>NOTICE OF STIPULATED DISMISSAL WITH PREJUDICE |

COMES NOW, the undersigned attorney on behalf of the Plaintiff, Sedina Traljes, and hereby files her Stipulated Notice of Dismissal for the above captioned matter with prejudice. It is hereby stipulated and agreed by and between the parties and their respective counsel that the above captioned matter is voluntarily dismissed with prejudice against the Defendant, Enhanced Recovery Company, LLC.


/s/ John G. Daufeldt
John G. Daufeldt
Daufeldt Law Firm, P.L.C.
1896 P Ave., P.O. BOX 70
Conroy, IA 52220
ATTORNEY FOR THE DEFENDANT

/s/ Samuel Z. Marks
Samuel Z. Marks AT0004896
Marks Law Firm, P.C.
4225 University Avenue
Des Moines, Iowa 50311
Telephone:  (515) 276-7211
Fax:  (515) 276-6280
sam@markslawdm.com
ATTORNEY FOR PLAINTIFF